FILED
At Albuquerque NM
DEC 1 9 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. 18-4149 MV |
| Plaintiff, ) | |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1112: Voluntary Manslaughter. |
| ) | |
| HYRON GORMAN, ) | |
| ) | |
| Defendant. | |

# INFORMATION

The United States Attorney charges:

On or about November 2, 2016 in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **HYRON GORMAN**, an Indian, while in sudden quarrel and therefore without malice, unlawfully killed John Doe.

In violation of 18 U.S.C. §§ 1153 and 1112.

JOHN C. ANDERSON
United States Attorney

*[signature]*

ELISA C. DIMAS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274