*Rev. October 3, 2016*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 18-4149 MV | UNITED STATES vs. GORMAN |
|---|---|

**Before The Honorable Steven C. Yarbrough, United States Magistrate Judge**

| Hearing Date: | December 19, 2018 | Time In and Out: | 11:38 am - 11:43 am & 12:14 pm-12:42 pm |
|---|---|---|---|
| Clerk: | Kim | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Hyron Gorman | Defendant's Counsel: | James Loonam |
| AUSA: | Elisa Dimas | Interpreter: | N/A |

☐ Sworn
☐ Waived

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☒ First Appearance | |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | | |
| ☒ | Deft acknowledges receipt of: **Information** | | |
| ☒ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. | |
| ☒ | Factual predicate to sustain the plea provided. | | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | | |
| ☒ | Deft pleads GUILTY to: **Information** | | |
| ☒ | Allocution by Deft on elements of charge(s). | | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | | |
| ☒ | Deft adjudged guilty. | | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | | |
| ☒ | Sentencing Date: **to be notified** | | |
| ☒ | Defendant to Remain in Custody | | |
| ☐ | Present conditions of release continued | ☐ Conditions changed to: | |
| ☐ | Penalty for failure to appear explained | | |
| ☒ | Presentence Report Ordered | ☐ Expedited (Type III) | |
| | Other Matters: Govt' moves to detain the defendant; Loonam has no objections; | | |