Alonzo J. Padilla, AFPD
Federal Public Defender
111 Lomas Blvd., N.W., Suite 501
Albuquerque, N.M. 87102

Dear Mr. Padilla, A.F.P.D.

We're the Grandparents of Hyron Gorman from Twin Lakes, N.M. Our daughter Ceceila give birth to our grandson Hyron at G.I.M.C. in Gallup. We're proud for our Grandson, he's the first born son to our family. We miss him, He's been a good boy all through his school, stick to his school, kinder garden, Elem. school and high School

Our grandson Hyron have never been in trouble with the family, from his mother side, of the family and his father side of the family. He never was anqish any family to, He loves all his family,

He started to work at his early age and stick to his job, 'cause he knows what his family needs He provide for his family, Food, Gas, clothes, what the family needs, When he been and became a family man to his children, He provide for his children and really Love his son + two daughters.

Now we the family begging for our son to be release to you and all the family. We will be a happy family again. We keep on praying to our "Lord" We have hope that you will win this case and free our grandson Hyron.

Yours truly, Joe + Grace Pino, Grandparents

"God Bless You Sir"

James C. looham
Febray Public defender 111
Lomas Blvd. W.W. Suite 501
Albuqueque. N.m. 87102


James C. looham
Can you let our Dady out please
I'm begjing you he work and he
is a good dad he want to go
back to Work. We all miss him
Please let him out. He Talses
us to the Park and movies and
he work for us too. We want to
spend time with Our dad please.
Our dad has Three Kid's I'm The
son of my dad is Hyron Gorman
and he buy us food and clothes
and stuff for our school. God
Bless you and Thank you. By
Jayden Gorman

James C. loonam
Febral pudic Defender
111 Lomas Blvd. N.W. Suite 501
Albuqverque. N.M. 87102
                James C. loonam
Can You get my dad out please
I'm beging you he works and
he is a good dad he Wants
to go back to work, We
all miss him please let
him get oot. He takes us
to the Park and to the movies
and he works for us too.
We Want to spend time with
our dad, he has three kids
I'm the doughter of my dad
and he buy us food and he
buys us clothes and school
supples and my dad worksat
sonic north side Gallup.
        God bless you
        Thank you
    by. Helena Gorman

James C. Loonam
Federal/Public Defender
111 Lomas Blvd. N.W. Suite 501
Albuquerque NM. 87102

Dear Mr. Loonam
My name is Ottis Gorman brother of
Hyron Gorman. Hyron my brother is
a good person who love's his three
Children and his family. All he does
is work for his kids all the time.
He's been at his job for 14 to 15
year's and working everyday. He goes
to work and comes home and doesn't
do anything other then spending
time with his kids. He love's his
job and nothing ever went wrong
with Hyron. He also likes to help out
people from family to friends. Taking
his kids to appnts and school.
I've just never seen Hyron do any
thing bad all of his life. Hyron
my brother is a really good person
and im asking you to help him with
all you can.. Mr Loonam Thank You.
                  Sincerely, Ottis. G.

James C. Loonam
Federal/Public Defender
111 Lomas Blud. N.W. Suite 501
Albuquerque N.M. 87102


- James C. Loonam

My name is Ottis Gorman brother of
Hyron Gorman. I just want to let
you know if you would give my
brother a second chance. He really
missies his kids and mostly his
job. Thats all he wants to do is
go back to work and to be there
for his kids. My brother Hyron
is a really good person and i
know he would do good if he well
ever be released. Because he has
never done anything wrong all of
his life, he was always a good
person and loves taking care of
his kids and being there for his
family and friends. I love my brother
and i know him well God bless you
and Thank You for your time.
Sin.- Ottis Gorman

James C. Loonam
Federal / public Defender
111 Lomas Bld. N. W. Suite 501
Albuquerque N.M. 87102


James C. Loonam

My name is Cecelia Yazzie Mother
of Hyron Gorman and Lewis
Gorman father of Hyron Gorman
I want to describe my son to
you so you will have an idea
for my son.
First of all, Hyron has three
beautiful children who are the
age of nine years old, eight years
old. and a one year old. He is
the sole provider of his without
any help from their mother.
Hyron also spends all of his free
time with them which they are
use to their dad. The Kids depend
on their dad. for everything, so I
am asking for you to help my son
stay with his children.

Second of all my son has been
working for fifthteen years at
Sonic In Gallup. NM He is one of
their hardworking, dependable and
friendly lworker. Hyron rarely calls
off but is needed at work to come
in to show more hours for his
children. He also gets along with
his Co-workers and supervisors.
once again, I am asking you
Mr. Loonam to please help my son
to stay with his children and
to keep hime working.
Overall, my son, Hyron is not a
troublemaker. He is the kindest
person to his family, relatives and
friends. This whole case is just
surreal, all of his family and I
Can't believe a person like Hyron
is getting this blame. I am
asking for your help Mr. Loonam
to have our son father, brother,
uncle, friend. To come home and
Continue to be the loving person
he is. Also to have hime come
home to Continue being the father

is he to his children, and than
my son he help his dad at
home chop woods and help hime
with some other things.
God Bless you! Thankyou! in
advance.

Sincerely,

Lewis Harrison
Cecelia Yazzie

November 13, 2018


To Whom It May Concern:


RE: Hyron Gorman


This letter is in regards to Hyron Gorman. I Jennifer Pino am the Auntie to Hyron Gorman. Hyron is the father of 3 beautiful children; 2 girls and 1boy. Hyron is the oldest of his siblings of 2. He has 1sister and 1 brother. Hyron also has a mother Cecelia and his father Lewis. Hyron resides with his parents, siblings and children.

Hyron is the sweetest person I know. He will never harm a soul. Hyron is a quite shy type of person. It's very heart breaking of what he is going thru. Hyron has always been the dependent, hardworking nephew I know. He provides for his children and helps out his parents with food and paying bills. Hyron is loving to his family. We as a family love and adore him.

It saddens us as a family he is being blame for a major crime he did not commit. Where are the other 3 people that were there at the time of the incident? Why was my nephew Hyron blamed? At the time of his arrest with Navajo Nation Police, Hyron's mother Cecelia and father Lewis seen in witness that the mother to the victim knew the arresting officer, that's why the other 3 people weren't arrested. Hyron was trying to help the victim from the attack from the victim's older brother. Hyron was breaking up a fight. All he did was try to help instead he got blamed. We as a family know; the victim's brother is the one who is at fault, he's always fighting and hurting his brother. I hope you all investigate the victim's older brother and talk to him more. My nephew's life is on the line. My nephew has children he has to take care of.

Please I beg of you my nephew Hyron Gorman is innocent. I thank you for reading my letter.

Sincerely.


Jennifer Pino