# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 18-4149 MV | USA vs.: GORMAN |
| Date: 10/16/19 | Name of Deft: Hyron Gorman |

Before the Honorable: Scott W. Skavdahl

| | |
|---|---|
| Time In/Out: 2:28pm-2:51pm | Total Time in Court (for JS10): 23 minutes |
| Clerk: C. Bevel | Court Reporter: Anna Bowline |
| AUSA: David Cowan | Defendant's Counsel: James Loonam |
| Sentencing in: Albuquerque | Interpreter: n/a |
| Probation Officer: Jeffrey Tanny | Interpreter Sworn? **X** Yes / No |

| Convicted on: | **X** Plea | Verdict | As to: | **X** Information | Indictment |
|---|---|---|---|---|---|

| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | |
|---|---|---|---|---|
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: |

| Date of Plea/Verdict: 12/19/18 | PSR: **X** Not Disputed | Disputed | **X** Courts adopts PSR Findings |
|---|---|---|---|
| Evidentiary Hrg: **X** Not Needed | Needed | Exceptions to PSR: | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | 87 months |
| Supervised Release: 3 years | Probation: |

| REC | **X** 500-Hour Drug Program | BOP Sex Offender Program | Other: |
|---|---|---|---|
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | **X** | Community service for **40** hours during first year of supervised release. |
| **X** | Participate in/successfully complete subst abuse program/testing | | Reside halfway house UP TO 6 months ___ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | **X** | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| | OTHER: | | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ NONE ORDERED | |
| SPA: $ 100.00 (100 per count) | | Payment Schedule: **X** Due Immediately | Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Remanded to custody of USMS | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | Phoenix Arizona facility | |
| | Dismissed Counts: | | |

*Rev. November 10, 2015*

OTHER COMMENTS:     Ms. Ada Gorman, mother of victim addresses Court.